UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STURGEON-GARCIA**, <br> Plaintiff, <br> v. <br> **CAGNO**, <br> Defendant. | Case No. 16-cv-00526-YGR <br><br> **ORDER STRIKING BRIEFS** <br> Re: Dkt. No. 10, 14, 15 |

To All Parties and Their Attorneys of Record:

The Court is in receipt of the briefing in the above-referenced appeal. On February 1, 2016, Dkt. No. 2, the parties were explicitly advised by direct and actual notification from this Court that:

> Briefs shall comply with Bankruptcy Rule 8010; provided however, 50-page and 25-page limits for principal briefs and reply briefs in Bankruptcy Rule 8010(c), respectively, are reduced to 25 pages and 15 pages.

The parties have submitted briefs in flagrant disregard of this rule: 48 pages (appellant's brief), 40 pages (appellee's brief), and 29 pages (appellant's reply). The briefs are hereby **STRICKEN**.

The parties shall meet and confer and agree on briefing schedule, not to exceed 45 days from the date of this Order, to file revised briefs within the page limitations allowed by this Court. The Court has briefly reviewed the filings and any request to extend beyond the page limitations is **DENIED.** However, the Court understands that the instant dispute has extended for years at significant cost to the parties. Should the option exist to refile the appeal with the Bankruptcy

1  Appellate Panel, and therefore avoid the cost of rewriting the briefs to eliminate almost one-half of
2  the pages, the Court will entertain such a request.
3      Accordingly, the parties shall advise the Court of the results of their meet and confer
4  efforts by **February 10, 2017**. The Court hereby **SETS** a compliance hearing for submission of this
5  update on **February, 17, 2017** at **9:01 a.m.** in the Federal Courthouse, 1301 Clay Street, Oakland,
6  California, Courtroom 1. If compliance is complete, the parties need not appear and the
7  compliance hearing will be taken off calendar.
8      **IT IS SO ORDERED.**
9  Dated: February 2, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**