UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID STURGEON-GARCIA,**<br>　　　Appellant,<br>　　v.<br>**JOSEPH MICHAEL CAGNO,**<br>　　　Appellee. | Case No.: 16-cv-00526 YGR<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>Re: Dkt. Nos. 2, 3 |

On February 1, 2016, the Clerk entered a notice of filing of appeal & scheduling order setting a briefing schedule in this case. (Dkt. No. 2.) On February 18, 2016, appellant filed a request for clarification/amendment of the scheduling order. Having carefully considered appellant's request, and for good cause shown, the scheduling order (Dkt. No. 2) is hereby **AMENDED** as follows:

Pursuant to Federal Rule of Bankruptcy Procedure 8018, the appellant shall serve and file a brief within 30 days after *docketing of notice that the record has been transmitted or is available electronically* on the District Court's docket pursuant to B.L.R. 8007-1 and Federal Rule of Bankruptcy Procedure 8009.

The Clerk's scheduling order shall otherwise be followed.

Counsel is further advised that this District's Bankruptcy Local Rules have been amended to reflect the new Federal Rules of Bankruptcy Procedure and will be made available online shortly.

This Order terminates Docket Number 3.

**IT IS SO ORDERED.**

Dated: February 13, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**