UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STURGEON-GARCIA**,<br>    Plaintiff,<br>  v.<br>**CAGNO**,<br>    Defendant. | Case No. 16-cv-00526-YGR<br><br>**ORDER RESCINDING ORDER STRIKING BRIEFS**<br><br>Re: Dkt. No. 16 |

The Court is in receipt of the parties' submission concerning the Court's Order Striking Briefs. The Court finds that it is in the interest of justice to **RESCIND** its Order striking briefs (Dkt. No. 16) in light of this District's revised Bankruptcy Local Rules, which went into effect March 15, 2016 and removed the page limitations prescribed by the Court at Dkt. No. 2 in February 2016. The matter is deemed submitted.

**IT IS SO ORDERED.**

Dated: February 14, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**